**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW M.,[1]** | : | |
| **Plaintiff** | : | **No. 4:25-cv-01908** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **FRANK BISIGNANO,** | : | **(Magistrate Judge Camoni)** |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

**ORDER**

Before the Court is the October 5, 2026 Report and Recommendation of Magistrate Judge Camoni (Doc. No. 17), recommending that the Court affirm the decision of the Commissioner of Social Security denying Plaintiff Andrew M. ("Plaintiff")'s application for disability insurance benefits under Titles II and XVI of the Social Security Act, on the basis that substantial evidence supports the Commissioner's decision that Plaintiff is not disabled, as defined by the Social Security Act. No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 21st day of October 2026, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 17) of Magistrate Judge Camoni;

2. The Commissioner of Social Security's decision is **AFFIRMED**; and

3. The Clerk of Court is directed to enter judgment in favor of the Commissioner of Social Security and against Plaintiff and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

[1] To protect the privacy interests of plaintiffs in social security cases, this Court has adopted the recommendation of the Judicial Conference of the United States that federal courts should refer to plaintiffs in such cases by their first name and last initial.